NUMBER 13-08-00210-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

JIMMY WAYNE CUMPIAN, Appellant,


v.



JAY LACK, Appellee. 

 ____________________________________________________________


On appeal from the County Court at Law 


of Calhoun County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Rodriguez and Benavides


Memorandum Opinion Per Curiam


 The appellant's brief in the above cause was due on September 24, 2008. On
October 2, 2008, the Clerk of the Court notified appellant that the brief had not been timely
filed and that the appeal was subject to dismissal for want of prosecution under Texas Rule
of Appellate Procedure 38.8(a)(1), unless within ten days from the date of receipt of this
letter, appellant reasonably explained the failure and the appellee was not significantly
injured by the appellant's failure to timely file a brief. No response has been received from
appellant.

 Appellant has failed to either reasonably explain his failure to file a brief, file a
motion for extension of time to file his brief, or file his brief. Accordingly, the appeal is
DISMISSED FOR WANT OF PROSECUTION. See Tex. R. App. P. 38.8(a), 42.3(b). 


 PER CURIAM

Memorandum Opinion delivered and filed

this the 4th day of December, 2008.